No. 83–6504.   LOWERY v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 83–6506.   NOLL v. WISCONSIN.   Sup. Ct. Wis.   Certiorari denied.

No. 83–6518.   VANOTTI v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 83–6524.   WATTERS v. HUBBARD, SUPERINTENDENT, LIMA STATE HOSPITAL.   C. A. 6th Cir.   Certiorari denied.

No. 83–6528.   BELLO v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 83–6543.   RUSSELL ET AL. v. FLANNERY, UNITED STATES DISTRICT JUDGE, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 83–6547.   TIEMENS v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 83–6552.   CAMPANALE v. HARRIS, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY.   C. A. 2d Cir.   Certiorari denied.

No. 83–6565.   LOPEZ-MARTINEZ v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 83–6574.   MESTERINO v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 83–6581.   BRYAN v. U. S. OFFICE OF PERSONNEL MANAGEMENT ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 83–6595.   DEANGELIS v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 83–6596.   KIMBERLIN v. LIPPMAN ET AL.   C. A. 7th Cir. Certiorari denied.

No. 83–6616.   TORRES v. CITY OF MIAMI ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 83–6644.   MCKINLAY v. CALIFORNIA.   App. Dept., Super. Ct. Cal., San Diego County.   Certiorari denied.